**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Mackenna Marks | 3/13/1994 | Florida | Southern District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 2. | Randall Marmino | 12/14/1969 | Nebraska | District of Nebraska | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 3. | RT Phillip Martin | 10/10/1957 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 4. | Stephanie Martinez | 7/17/1977 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 5. | Yvonne Martinez-Higgins | 12/6/1973 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | IX, XII, XIII, XIV |
| 6. | Rose Martin-Mays | 11/25/1967 | New Jersey | District of New Jersey | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 7. | Cassandra Marzulli | 5/11/1992 | Connecticut | District of Connecticut | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 8. | Karen Mathews | 7/16/1962 | Virginia | Eastern District of Virginia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 9. | Marie Matlock | 11/11/1952 | California | Eastern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 10. | David Maurano | 10/9/1965 | Arizona | District of Arizona | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 11. | Berle Maxey | 7/13/1946 | Arkansas | Western District of Arkansas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 12. | Nichole Mcallister | 10/24/1980 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 13. | Trenton Mcclain | 11/5/1990 | Tennessee | Western District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 14. | Thomas O McClendon | 6/26/1982 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 15. | Donald William McCloud | 7/15/1965 | Ohio | Southern District of Ohio | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 16. | David Stephen McCormick | 9/3/1958 | South Carolina | District of South Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 17. | Tamika N McCormick | 12/28/1973 | Alabama | Middle District of Alabama | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 18. | Timothy McCulloh | 12/3/1969 | Iowa | Southern District of Iowa | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 19. | Maryi Mcdonald-Lawrence | 10/6/1962 | Georgia | Southern District of Georgia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 20. | Damaris McGowan | 8/22/1966 | Georgia | Northern District of Georgia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 21. | Michael Mcintire | 11/29/1986 | Massachusetts | District of Massachusetts | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 22. | Gail Mckenzie | 3/16/1970 | Alabama | Middle District of Alabama | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 23. | James M McKeown | 11/15/1948 | California | Central District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 24. | Barry J McManus | 9/7/1966 | South Carolina | District of South Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 25. | Tanesha McMillan | 1/12/1976 | Texas | Eastern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 26. | Kimberly Mcnaire | 2/12/1972 | Tennessee | Middle District of Tennessee | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 27. | David Burns McNeill | 7/21/1962 | Tennessee | Middle District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 28. | Leon B McRae | 12/29/1967 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 29. | Justin Measimer | 10/2/1992 | North Carolina | Middle District of North Carolina | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 30. | Monica Melendez | 9/11/1961 | California | Northern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 31. | Renotta Meshell | 12/4/1970 | Mississippi | Southern District of Mississippi | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 32. | Paul Metzler | 8/15/1959 | Louisiana | Eastern district of Louisiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 33. | Mark Michael | 3/13/1967 | Ohio | Southern District of Ohio | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 34. | Wilbur Miller | 2/17/1969 | Kentucky | Western District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | James L Miller | 7/29/1966 | Florida | Middle District of Florida | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 36. | Dorothy Miller | 4/14/1950 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 37. | Jennifer Miller | 11/21/1971 | Ohio | Northern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 38. | Mary Louise Miller | 8/2/1942 | Georgia | Northern District of Georgia | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 39. | Christine Miller-Pierce | 9/8/1984 | Iowa | Southern District of Iowa | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 40. | Tami Mills | 4/7/1964 | Indiana | Southern District of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 41. | Eunice Mills-St Clair | 12/12/1958 | Ohio | Southern District of Ohio | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 42. | Susann Marie Minall | 12/15/1959 | Florida | Middle District of Florida | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 43. | Timothy S Mitchell | 4/4/1967 | Georgia | Northern District of Georgia | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 44. | Pamela Mitchell | 4/3/1963 | Kentucky | Eastern District of Kentucky | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 45. | David Mobley | 9/3/1969 | Illinois | Central District of Illinois | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 46. | Traci Monroe | 12/16/1965 | Indiana | Southern District of Indiana | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 47. | Debra Montalvo | 10/19/1954 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 48. | Stevan Montanya | 1/20/1950 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 49. | Jason G Moore | 5/15/1979 | Kentucky | Eastern District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 50. | Laura Morehouse | 4/21/1989 | New York | Northern District of New York | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 51. | Suzette Morgan | 4/29/1963 | Michigan | Eastern District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 52. | Ronald Morin | 6/17/1958 | Maine | District of Maine | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 53. | Douglas Morris | 8/22/1977 | California | Eastern District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 54. | Lakeshia R. Morrison | 9/18/1974 | Louisiana | Middle District of Louisiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 55. | Jennifer Morrow | 7/3/1971 | Oklahoma | Northern District of Oklahoma | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 56. | Linda Carol Morton | 6/13/1960 | Tennessee | Eastern District of Tennessee | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 57. | Terry Lee Moses | 9/15/1957 | Kentucky | Eastern District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 58. | Pamela Mostoller | 8/8/1964 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Richard Motta | 3/24/1973 | California | Eastern District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 60. | James R Mounts | 9/18/1988 | Indiana | Southern District of Indiana | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 61. | Shytivia Muhammad | 1/8/1980 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 62. | Liam Mullins | 8/27/1994 | Wisconsin | Eastern District of Wisconsin | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 63. | Michael Muriset | 5/24/1986 | California | Northern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 64. | John Murphy | 12/24/1937 | Pennsylvania | Eastern District of Pennsylvania | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 65. | Meghan Murphy | 1/30/1968 | Wisconsin | Western District of Wisconsin | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 66. | Stephan Myers | 1/21/1986 | New York | Western District of New York | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 67. | Joshua Narem | 7/24/1991 | Ohio | Southern District of Ohio | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 68. | Eugenia Lynn Nave | 8/28/1975 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 69. | Jennifer Neal | 5/9/1975 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 70. | Kendall Ray Nelson | 9/5/1961 | North Carolina | Middle District of North Carolina | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 71. | Martha Newson | 12/27/1971 | Delaware | District of Delaware | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 72. | Albert Nichols | 4/24/1937 | Arkansas | Eastern District of Arkansas | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 73. | Leonard Nichols | 4/17/1951 | New York | Northern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 74. | Karen Nicholson | 4/8/1947 | West Virginia | Northern District of West Virginia | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 75. | Clinton Edgar Nickoles | 8/1/1982 | Michigan | Western District of Michigan | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 76. | Lorraine Niemann | 3/9/1979 | Missouri | Eastern District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 77. | Kenyatta Niles | 8/31/1976 | California | Eastern District of California | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 78. | Carolyn Nipp | 7/7/1962 | Tennessee | Western District of Tennessee | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 79. | Tasha Nix | 5/30/1974 | Oklahoma | Eastern District of Oklahoma | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 80. | Josephine Nocera | 5/24/1976 | Ohio | Southern District of Ohio | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 81. | Kenneth Edward Noel | 1/21/1955 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 82. | Shawntina Norman | 9/23/1989 | Alabama | Northern District of Alabama | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 83. | John Norris | 7/11/1975 | Arizona | District of Arizona | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 84. | Nancy Nottingham | 8/26/1967 | Texas | Northern District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 85. | Ronald Novak Jr. | 7/9/1957 | Texas | Northern District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 86. | Leslie Novak | 9/27/1970 | Illinois | Southern District of Illinois | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 87. | Kenneth Joseph O'Brien | 6/4/1945 | Massachusetts | District of Massachusetts | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 88. | Jaime Obando | 12/26/1968 | Texas | Southern District of Texas | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 89. | Russell Obey Jr. | 5/10/1965 | Georgia | Middle District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 90. | Leslie Obrien | 10/10/1980 | North Carolina | Western District of North Carolina | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 91. | Brittany Ogle | 7/7/1998 | West Virginia | Northern District of West Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 92. | Katherine Ohlms | 4/18/1965 | Missouri | Eastern District of Missouri | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 93. | Manuel Jesse Olgin Jr. | 7/3/1948 | California | Eastern District of California | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 94. | Richard Oliver | 11/29/1985 | Missouri | Western District of Missouri | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 95. | Tara Orr | 2/18/1977 | California | Central District of California | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 96. | Valerie Ort | 6/17/1965 | Nevada | District of Nevada | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 97. | Bonita Ann Ortley | 12/10/1948 | Texas | Northern District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 98. | Sean Osborne | 3/3/1967 | Tennessee | Eastern District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 99. | Shadena Osborne | 2/24/1978 | Georgia | Middle District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 100. | Robin Osborne | 9/27/1961 | North Carolina | Eastern District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 101. | Jennifer Outland-Meldrum | 7/23/1975 | Texas | Southern District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 102. | Dana Owen | 12/13/1959 | Tennessee | Middle District of Tennessee | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 103. | Lori Owen | 8/28/1969 | Oregon | District of Oregon | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 104. | Rodolfo Archuleta Padilla | 9/23/1949 | New Mexico | District of New Mexico | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 105. | Darrin Pagenkopp | 9/10/1971 | California | Eastern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 106. | Jerod Steven Palmer | 2/16/1973 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 107. | Deeanna Paniagua | 1/5/1990 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 108. | Tamica Pankey | 11/1/1946 | Ohio | Northern District of Ohio | No | Yes | No | liver cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 109. | James Parent | 1/15/1977 | Connecticut | District of Connecticut | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 110. | Martha Parker | 10/23/1956 | New Jersey | District of New Jersey | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 111. | Angel Parker | 7/5/1985 | New Mexico | District of New Mexico | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 112. | Dave Parker | 6/16/1956 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 113. | Synitra Parker | 3/13/1981 | Virginia | Eastern District of Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 114. | Donna Partain | 12/3/1964 | Louisiana | Eastern District of Louisiana | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 115. | Deborah Partington | 3/17/1967 | Pennsylvania | Western District of Pennsylvania | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 116. | Priya Patel | 3/29/1991 | New York | Southern District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 117. | Angela Patrick | 11/4/1960 | Indiana | Northern district of Indiana | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 118. | Stephanie Patton | 8/27/1975 | Oklahoma | Northern District of Oklahoma | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 119. | Leticia Paz | 12/5/1974 | California | Central District of California | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 120. | Marianne Peckham | 11/15/1964 | New York | Western District of New York | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 121. | Patricia Pedersen | 9/3/1963 | Kentucky | Eastern District of Kentucky | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 122. | Emily Pendergra | 4/12/1988 | California | Northern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 123. | Glenna Peoples | 8/12/1952 | Ohio | Southern District of Ohio | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 124. | Rudy Perdomo | 4/23/1990 | Nebraska | District of Nebraska | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 125. | Virginia Persinger | 5/17/1968 | West Virginia | Northern District of West Virginia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 126. | Robert A Phillips | 7/19/1952 | New York | Northern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 127. | William Henry Phillips Jr | 7/31/1962 | North Carolina | Western District of North Carolina | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 128. | Pamela Phillips | 2/7/1971 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 129. | Pamela Elizabeth Pierce | 6/22/1951 | Florida | Middle District of Florida | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 130. | Mary Pinches | 4/2/1976 | California | Northern District of California | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 131. | Patrick David Pitt | 9/5/1951 | Nevada | District of Nevada | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 132. | Cherry Pitts | 8/31/1976 | Mississippi | Southern District of Mississippi | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 133. | Donice Plain | 4/8/1969 | Louisiana | Middle District of Louisiana | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 134. | Shalonda Plott | 8/6/1984 | Alabama | Northern District of Alabama | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 135. | Miguel Plummer | 9/13/1990 | Massachusetts | District of Massachusetts | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 136. | Robert Plunkett | 1/17/1957 | Georgia | Northern District of Georgia | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | Julia Poff | 7/30/1971 | Texas | Northern District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 138. | Peggy Porter | 5/7/1963 | North Carolina | Eastern District of North Carolina | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 139. | Nicole Powell | 5/26/1983 | Washington | Western District of Washington | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 140. | Vicki Powell | 12/6/1961 | Missouri | Eastern District of Missouri | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 141. | David Presley | 10/3/1967 | Texas | Northern District of Texas | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 142. | Alexandra Pryzbylik | 5/5/1974 | Pennsylvania | Middle District of Pennsylvania | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 143. | Lisa Puckett | 3/12/1956 | Kentucky | Western District of Kentucky | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 144. | Rony G Puente | 3/16/1981 | Texas | Western District of Texas | No | Yes | No | ulcerative colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 145. | Michael Pugh | 8/3/1957 | Texas | Western District of Texas | No | Yes | No | thyroid cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 146. | Danny Puleo | 7/25/1960 | New York | Eastern District of New York | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 147. | Ricardo Quinones | 1/13/1956 | Colorado | District of Colorado | No | Yes | No | kidney cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 148. | Joseph Raats | 9/15/1995 | Arizona | District of Arizona | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water (per ¶ 6) | Firefighter Turnout Gear (per ¶ 6) | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 149. | Michael Steven Radford | 2/19/1988 | Illinois | Southern District of Illinois | No | Yes | No | testicular cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |
| 150. | Alireza Rajabzadeh | 3/17/1980 | Texas | Western District of Texas | No | Yes | No | thyroid disease | I, II, III, IV, V, VI, VII, VIII, IX, XII, XIII, XIV |